**Genevieve Layton, Plaintiff-Appellant, v. George Layton and Gloria Parker, Defendants, Gloria Parker, Defendant-Appellee.**

**Gen. No. 48,531.**

First District, Second Division.
February 21, 1963.

George Yellen, of Chicago, for appellant; William Marosco, of Chicago, for appellee, Gloria Parker. Opinion by JUSTICE FRIEND. **Not to be published in full.**